UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC CAPDEVILLE | CIVIL ACTION |
| VERSUS | NO: 22-5590 |
| SOUTHWEST AIRLINES CO. | SECTION: "A" (4) |

In accordance with 28 U.S.C. § 455(a) and § 455(b), the Court disqualifies itself from this matter.

Accordingly,

**IT IS ORDERED** that the Clerk of Court re-allot this matter to another section.

January 3, 2023

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

January 04, 2023
REALLOTTED TO
**SECT. B**