# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC F. CAPDEVILLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5590** |
| **SOUTHWEST AIRLINES CO.** | **SECTION "B"(4)** |

## RULE 7.1 DISCLOSURE STATEMENT

Southwest Airlines Co. makes the following disclosure statement under Rule 7.1 of the Federal Rules of Civil Procedure:

Southwest Airlines Co. is a publicly traded entity and is traded on the NYSE (LUV). The Vanguard Group has filed a Form 13G with the Securities and Exchange Commission stating that it beneficially owns more than 10% of the shares of Southwest Airlines Co.

Southwest Airlines Co. has no parent corporation, no other entity has reported holdings of over 10%, and there is not any other entity related to or affiliated with Southwest Airlines Co. that has a financial interest in the outcome of the claims asserted against it in this case.

Respectfully submitted,

s/Jeffrey J. Gelpi
Michael R. Phillips (#21020)
R. Devin Ricci (#34724)
Jeffrey J. Gelpi (#37130)
**KEAN MILLER LLP**
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
mike.phillips@keanmiller.com
devin.ricci@keanmiller.com
jeff.gelpi@keanmiller.com

4871-8460-9120 v1

2

        Karli Glascock Johnson (#26304)
        **KEAN MILLER LLP**
        400 Convention Street, Suite 700
        P. O. Box 3513 (70821-3513)
        Baton Rouge, Louisiana 70802
        Telephone: (225) 387-0999
        karli.johnson@keanmiller.com

        ***Attorneys for Southwest Airlines Co.***