UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC F. CAPDEVILLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5590** |
| **SOUTHWEST AIRLINES, CO.** | **SECTION "B"(4)** |

## ORDER

Considering defendant's *ex parte* motion for extension of time to plead (Rec. Doc. 7),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Pursuant to Local Rule 7.8 defendant shall file its responsive pleading, if any, **no later than May 22, 2023.**

New Orleans, Louisiana this 2nd day of May, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE