UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC F. CAPDEVILLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5590** |
| **SOUTHWEST AIRLINES CO.** | **SECTION "B"(4)** |

## MOTION TO DISMISS

Southwest Airlines Co. moves to dismiss Eric Capdeville's claims for breach of contract and for redhibition under Louisiana law pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. First, Capdeville's breach-of-contract claim fails because Capdeville has failed to plead a contractual duty to provide a refund back to the form of payment. The contract expressly permits Southwest to issue a flight credit following a flight cancellation.[1] A refund back to the form of payment is owed, if at all, following a passenger request, and Capdeville has not alleged that he requested one. Second, Capdeville's redhibition claim is (1) preempted by the Airline Deregulation Act of 1978 (ADA), (2) precluded by a valid choice-of-law provision, and (3) deficient as a matter of law because the underlying transaction was not a "sale" under the Louisiana Civil Code.

The Court should therefore grant this motion, dismiss the redhibition claim with prejudice, and either dismiss the breach-of-contract claim or order Capdeville to cure the pleading deficiencies.

---

[1] Although Capdeville uses the term "travel credit," Southwest's Contract of Carriage uses the term "flight credit." Southwest uses the terms interchangeably in this motion and accompanying memorandum.

4892-6238-4479 v3

2

Respectfully submitted,

s/Jeffrey J. Gelpi
Michael R. Phillips (#21020)
R. Devin Ricci (#34724)
Jeffrey J. Gelpi (#37130)
**KEAN MILLER LLP**
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
mike.phillips@keanmiller.com
devin.ricci@keanmiller.com
jeff.gelpi@keanmiller.com

Karli Glascock Johnson (#26304)
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
karli.johnson@keanmiller.com

*Attorneys for Southwest Airlines Co.*

2