UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC F. CAPDEVILLE | CIVIL ACTION |
| VERSUS | NO. 22-5590 |
| SOUTHWEST AIRLINES CO | SECTION B(4) |

**NOTICE**

The scheduling conference set for June 8, 2023, at 10:00 a.m. is hereby CONTINUED, to be reset at a later date.

June 2, 2023

Issued for the Court by:
Dena M. White
Case Manager, Section B
(504) 589-7719