**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**<u>TRANSFER ORDER</u>**

**IT IS ORDERED** that the following Section "A" cases are hereby reallotted to Judge

Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**<u>CRIMINAL ACTION CASES:</u>**

| | |
|---|---|
| 22-140 | USA v. Joseph P. Schwartz, IV |
| 23-24 | USA v. Michael Williams et al |
| 23-59 | USA v. Dent Hunter |

**<u>CIVIL ACTION CASES:</u>**

| | |
|---|---|
| 21-317 | Atchafalaya Basinkeeper, Inc. et al v. U.S. Army Corps of Engineers |
| 21-1462 | In Re: In the Matter of Magnolia Fleet, LLC et al |
| 22-66 | Tamara D. Grant v. Administrators of Tulane Educational Fund et al |
| 22-551 | James A. Watkins et al v. Plum, PBC et al |
| 22-2129 | Stephanie L. Taillon v. New Orleans City |
| 22-2338 | Barrister Global Services Network Inc v. Stacey Powell et al |
| 22-3835 | Nicholas Reed Magee v. Florida Marine, LLC et al |
| 22-4334 | Kristin Kingrea et al v. Park Hotels & Resorts, Inc. et al |
| 22-4450 | FSC Interactive, LLC v. Rogers Collective, Inc. |
| 22-5297 | Kendale Gordon v. New Orleans City et al |
| 23-522 | Crystal Queen v. Foremost Insurance Company |
| 23-680 | Corinne Missionary Baptist Church v. Independent Specialty Insurance Company |
| 23-1012 | Lynnton Ethridge et al v. Great Northern Insurance Company |
| 23-1069 | Helene Gregorich v. FedNat Insurance Company, et al |

1

23-1082          Dick Fedderman et al v. Century Surety Company

23-1149          Majoria Six LLC v. Certain Underwriters at Lloyd's et al

23-1184          Stephen Flynn et al v. State Farm Fire and Casualty Company

23-1269          Kellie Sanchez et al v. Xavier University of Louisiana

23-1369          St. Charles Parish et al v. Federal Emergency Management Agency

23-1487          Steven C. Ducote et al v. GeoVera Specialty Insurance Company

23-1507          Gregory Duronslet et al v. State Farm Insurance Company

23-1560          Linda Carter v. State Farm Fire & Casualty Company

23-1578          Matthew Shilling v. Safepoint Insurance Company

23-1644          Eddie Blanco et al v. GeoVera Specialty Insurance Company

23-1650          Blunt Wrap USA, Inc. et al v. Show Cigars, Inc.

23-1679          Corey Walker v. GeoVera Specialty Insurance Company

23-1839          Louisiana State et al v. Department of Homeland Security et al

**IT IS FURTHER ORDERED** that the following Section "B" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

12-1             USA v. Gerard J. Howard et al

23-71            USA v. SEALED

23-116           USA v. Larry J. Williams

### CIVIL ACTION CASES:

21-339           Odette Blanco de Fernandez et al v. A.P. Moller-Maersk et al

21-969           James Verret, Sr. v. REC Marine Logistics, LLC et al

21-1085          Roxane Smith v. Depuy Synthes Inc. et al

21-1652          Xavimen Decquir v. Jonathan D. Bentel et al

| | |
|---|---|
| 21-1656 | Luke Billiu v. Sea Support Services, LLC et al |
| 22-131 | In Re: In the Matter of Westbank Fishing, LLC |
| 22-1894 | Seontae Pichon v. Talos Energy LLC et al |
| 22-4540 | Kesha Creel v. Intact Insurance Company et al |
| 22-5231 | Rehman Rahim et al v. Independent Specialty Insurance Company et al |
| 22-5590 | Eric F. Capdeville v. Southwest Airlines Co |
| 23-1124 | Cheryl Becnel et al v. Taylor Seidenbach Inc. et al |
| 23-1392 | 7108 Olive Street, LLC v. Wilshire Insurance Company |
| 23-1416 | Linda Sharpless et al v. Westchester Surplus Lines Insurance Company |
| 23-1498 | Rebecca Candebat v. Homesite Insurance Company |
| 23-1635 | Gloria Gray v. Safepoint Insurance Company |
| 23-1671 | Shirah Ray v. GeoVera Specialty Insurance Company |
| 23-1700 | Southern Hotel, LLC v. Certain Underwriters LLoyd's London |
| 23-1702 | Rachel Regina et al v. Safeport Insurance Company |
| 23-1749 | Leonard Ray Jr. et al v. GeoVera Specialty Insurance Company |

**IT IS FURTHER ORDERED** that the following Section "D" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASE:**

| | |
|---|---|
| 14-131 | USA v. Jeffery Wilson et al   *(closed)* |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 13-5417 | Gregory P. Cadella v. Johnson & Johnson et al |
| 20-980 c/w | Ahmed Baqer et al v. St. Tammany Parish Government et al |
| 20-1840 | Kevin Louviere et al v. St. Tammany Parish Government et al |
| 22-307 | Michael Lee v. H&E Inland Services, L.L.C. |
| 22-1379 | Cypress Point Services, L.L.C. v. Shell USA, Inc., et al |

| | |
|---|---|
| 22-2322 | Healthcare Recruiters LLC v. Accountable Healthcare Staffing, Inc. |
| 22-2727 | Kristi McKinney et al v. USAA Casualty Insurance Company |
| 22-5359 | In Re: Hurstell |
| 23-2 | Jane Doe v. Department of Homeland Security et al |
| 23-22 | Darryl F. Marlbrough, Jr. v. Cornerstone Chemical Company |
| 23-183 | Wendell Hall v. American Security Insurance Company |
| 23-381 | Jackson Avenue Management, LLC v. Independent Specialty Insurance Company |
| 23-989 | Paula Saverin v. American Security Insurance Company |
| 23-1348 | John Doe v. The Administrators of the Tulane Educational Fund |
| 23-1558 | Janice Baele, et al v. University Healthcare System, L.C., et al |
| 23-1599 | Iris R. Rumick v. GeoVera Advantage Insurance Services, Inc. |
| 23-1643 | 1624 Gov Nicholls, LLC v. Underwriters at Lloyds, London |
| 23-1752 | Natalie Lewis v Ocean Harbor Casualty Insurance Company |
| 23-1762 | James Silva v. Curtiss-Wright Corporation, et al |
| 23-1765 | Stavros Savvaides, et al v. Chubb European Group SE |
| 23-1784 | Maria Compagno v. Atain Specialty Insurance Company |
| 23-1804 | Kelly Breaux v. Ocean Harbor Casualty Insurance Company |
| 23-1825 | Kody Blanchard v. Gerald Turlich, Jr., et al |
| 23-1830 | h.Wood Group, LLC v. Allison & Glenn, Inc. |

**IT IS FURTHER ORDERED** that the following Section "E" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 22-265 | USA v. Jerome Shaquille Wilson et al |
| 23-53 | USA v. Marcus Theodore |

4

**CIVIL ACTION CASES:**

| | |
|---|---|
| 12-2516 | Keel Charles v. Nabors Drilling USA LP et al |
| 21-1522 | In re: In the Matter of Offshore Oil Services, Inc. |
| 21-2120 | Morgan Ratley v. Cantrell Davis et al |
| 22-451 c/w | Mallick G&M LLC v. Agility Restorations LLC |
| 22-452 | Bayou Mallick LLC v. Agility Restoration, LLC |
| 22-501 | Melene L. Gastinell Williams v. State Farm Fire and Casualty Company |
| 22-1817 | Artemios Dagoglou, Jr. v. QBE Specialty Insurance Company |
| 22-643 | Melissa Riggio v. Social Security Administration |
| 22-1727 | Gates et al v. Volkswagen Group of America, Chattanooga Operations LLC et al |
| 22-2366 | Premiere Lake One, LLC et al v. StarStone Specialty Insurance Company |
| 22-2573 | Robert Ruffin et al v. Orleans Parish Sheriff's Office et al |
| 22-2591 | In the Matter of Fleet Boats LLC, et al |
| 22-3808 | Melanie Leonard v. Allied Trust Insurance Company |
| 22-4756 | Kathryn Courtney Young v. Wilshire Insurance Company |
| 22-5023 | Rebecca Leonard v. Allied Trust Insurance Company |
| 22-5155 | Arjell Dorsey v. Standard Fire Insurance Company |
| 22-5201 | St. Thomas Community Health Center, Inc. v. Arch Specialty Insurance Company et al |
| 23-303 | Scott Landry v. General Motors, LLC |
| 23-831 | Ben Richard v. Ocean Harbor Casualty Insurance Company |
| 23-876 | Joan Vicknair v. State Farm Fire & Casualty Company |
| 23-912 | Jing Ma v. Department of Homeland Security et al |
| 23-1057 | Shiva Akula v. Bernard Cassidy et al |
| 23-1133 | Albert Anthony Grayer v. Heath Martin et al |

23-1195      Teresa Lundberg v. Lincoln National Life Insurance Company

23-1205      Curtis Joseph Lawrence v. Ashton Plantation Homeowners Association

23-1291      Plumbers and Steamfitters Local 60 Pension Fund et al v. GH Mechanical
             and Services LLC

23-1299      Bonnie Williamson v. American Zurich Insurance Company

**IT IS FURTHER ORDERED** that the following Section "G" cases are hereby reallotted

to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

95-301       USA v. Rose Marie Young

99-354       USA v. Gregory Joseph Hernandez et al

21-45        USA v. Bret Berry

21-130       USA v. Emmanuel Ugbaja

### CIVIL ACTION CASES:

19-1384      Johnny Traweek v. Marlin Gusman et al

20-1496      William Denison Kelley v. Marc J. Domingue et al

21-2304      Brandy McKay v. Lamar A. Davis et al

22-379       Latoya Nixon v. Vera Chester et al

22-464       Fore by Fore, LLC v. Independent Specialty Insurance Company

22-959       Diversified Maintenance Systems, Inc. v. J. Star Enterprises, Inc.

22-1024      Anderson Traylor Edwards, LTD v. Berkshire Hathaway Guard Insurance
             Co., et al

22-1339      Susan Gumpert et al. v. QBE Specialty Insurance Company

22-1626      AKI, LLC et al v. Berkshire Hathaway Guard Insurance Companies et al

22-1919      Bayou Asset Holdings, LLC v. ASAP Insurance Agency, LLC et al

22-2570      Whale Capital, L.P. v. Stephanie S. Ridgeway et al

22-2636      Shelita Hurst v. Primerica Life Insurance Company

| | |
|---|---|
| 22-2646 | Alpha Testing & Inspection, Inc v. RLI Insurance Company |
| 22-2674 | Jeanne Couch v QBE Specialty Insurance Company |
| 22-2807 | Antoinette Benton et al v. Ocean Harbor Casualty Insurance Company |
| 22-3557 | Gayle J. LeBeau et al v. Huntington Ingalls Incorporated et al |
| 22-3694 c/w | Stacey Griffin et al v. United States of America |
| 22-3826 | Kimberly Williams et al v. United States of America |
| 22-4007 | Preston Lewis v. Jonathan Friedman et al |
| 22-4521 | St. Joseph Medical Clinic AMC v. Bankers Insurance Company |
| 22-4591 | Frank Kevin Kennedy et al v. Shell USA, Inc. et al |
| 23-371 | St. Augustine High School, Inc., New Orleans, Louisiana v. Covington Flooring Company, Inc. et al |
| 23-555 | Edmee O. Blanco v. State Farm Fire & Casualty Company |
| 23-556 | Ann Cates v. Property and Casualty Insurance Company of Hartford |
| 23-1259 | Danielle Kenell Weadd v. Pearlina Thomas et al |
| 23-1403 | Layne Labat et al v. Safeco Insurance Company of America |
| 23-1674 | Zion Lutheran Church v. Velocity Claims, LLC et al |

**IT IS FURTHER ORDERED** that the following Section "H" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 22-110 | USA v. Xavier Johnson |
| 22-266 | USA v. Wade Batiste |
| 23-23 | USA v. Tylar Redditt |
| 23-49 | USA v. Darlin Aminadak Banegas-Cruz |

### CIVIL ACTION CASES:

| | |
|---|---|
| 20-2361 | Daytrend DeNone Moses v. Mohamed Mahmoud et al |
| 21-102 | Juliette Harch v. Madeline Lane et al |

| 21-1489 | Assure Neuromonitoring Louisiana, LLC v. Fairway Medical Center, L.L.C. |
| 22-269 | Chad Oliver v. Darlin Velazquez et al |
| 22-358 | Scott Glendening v. State Farm Fire & Casualty Company |
| 22-369 | Wesley E. Brown et al v. Rodi Marine, LLC |
| 22-498 | Precious Shephard et al v. Houma Terrebonne Housing Authority |
| 22-1004 | Tymon Theriot et al v. Lighthouse Excalibur Insurance Company |
| 22-1311 | Sandra Simmons et al v. GeoVera Specialty Insurance Company |
| 22-1556 | Charles Lombard v. Southern Fidelity Insurance Company |
| 22-1954 | Howard Eymard v. Safeport Insurance Company |
| 22-2296 | John Angotti et al v. Allied Trust Insurance Company |
| 22-2427 | Jarvis Ballard v. James Pohlmann et al |
| 22-2516 | Nicholas Fraiche v. Garrison Property and Casualty Insurance Company et al |
| 22-3067 | Tylere Schilly et al v. Joseph Marcal et al |
| 22-4049 | Jane Harvey et al v. Certain Underwriters at Lloyds, London et al |
| 22-5004 | Fred B. Richardson III v. FedEx Ground Package System, Inc. et al |
| 22-5239 | Willie Jenkins v. Underwriters At Lloyds London |
| 22-5303 | Sheila Rogers et al v. Orleans Parish Sheriff Office et al |
| 22-5337 | Guy C. Curry v. Axis Insurance Company et al |
| 23-249 | Walter Morton Jr. v. Safeport Insurance Company |
| 23-1070 | Ray Hodge & Associates, LLC v. Unglesby and Greenberg, LLC et al |
| 23-1158 | Willie Bridgewater et al v. United States of America |
| 23-1395 | Adi Raibstein Peralta v. Supreme Offshore Services, Inc. et al |
| 23-1423 | Boris Odynocki v. Southern University at New Orleans et al |
| 23-1589 | Joseph Harrison et al v. Liberty Mutual Insurance Company |
| 23-1738 | Eric N. Illarmo et al v. USAA Casualty Insurance Company |

**IT IS FURTHER ORDERED** that the following Section "I" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**<u>CRIMINAL ACTION CASES:</u>**

8

| 22-151 | USA v. Jamie P. McNamara |
| 23-21 | USA v. Jarren Lee |
| 23-51 | USA v. Ernest X. Taylor Jr. |
| 23-73 | USA v. Jerome Scott Lyons |

## CIVIL ACTION CASES:

| 22-2111 | Thomas C. A. Schlumbrecht et al v. Andrew V. Topel et al |
| 22-2179 | Byron Barnes Sr. v. Dolgencorp, LLC et al |
| 22-2489 | Kevin E. Comeaux v. State Farm Fire and Casualty Company |
| 22-2714 | Marian Steib Hardgrave v. Farmers Property and Casualty Insurance Company |
| 22-2716 | Christopher Pertuit v. USAA Casualty Insurance Company |
| 22-2923 | Eduardo Espiritu et al v. Liberty Mutual Fire Insurance Company |
| 22-3002 | Hoa Kevin Tran, et al v. Southern Fidelity Insurance Company |
| 22-3006 | Hoa Kevin Tran et al v. Western World Insurance Company |
| 22-3029 | James Planetta et al v. Wright National Flood Insurance Company |
| 22-3030 | Charles Mentz IV v. Chubb European Group |
| 22-3087 | Kiosk, Inc. v. State Farm Fire and Casualty Company |
| 22-3157 | Peyton v. FedNat Insurance Company |
| 22-3733 | Aaron Banks v. Alliance Offshore, L.L.C. et al |
| 22-3962 | Kacie M. Breen v. Aaron D. Knapp, et al |
| 22-4300 | Jenna Rae Brignac Truxillo v. National Maintenance & Repair of Louisiana, Inc. et al |
| 22-4513 | Solomon J. Verdin v. Timothy Soignet et al |
| 22-4654 | Joshua Passons v. Allied Trust Insurance Company |
| 22-4667 | Robyn Joseph v. Gate Gourmet Inc. |
| 22-4872 | Dwayne Clause v. United Property & Casualty Insurance Company |

| 22-4987 | In re: In the Matter of La Carriers, LLC |
| 23-9 | Stanley Moore Davis et al v. Dollar Tree Store No.05751 et al |
| 23-136 | Tyler Truong v. Magnolia Fleet, LLC |
| 23-447 | Dana Noakes v. Department of Homeland Security |
| 23-908 | Kevin Hazure Jr. v. Xavier University of Louisiana |
| 23-1011 | Angela C. Boudreaux et al v. General Motors et al |
| 23-1095 | Jacoby Williams et al v. Mike Tregre et al |
| 23-1723 | United States Fire Insurance Company v. J. Terrell Brown Sr. et al |

**IT IS FURTHER ORDERED** that the following Section "J" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

## CRIMINAL ACTION CASES:

None.

## CIVIL ACTION CASES:

| 20-2394 | Kerwood Washington v United States of America |
| 22-87 | Pruco Life Insurance Company v. Eugene Francis Dwyer et al |
| 22-113 | Ernest Yambor et al v. Sun Reunion Lake RV LLC |
| 22-404 | Lawrence Labbe v. Offshore Process Services, Inc. |
| 22-583 | Kathleen Brisset Rome v. Academy Sports & Outdoors, Inc et al |
| 22-799 | Monica Brady v. FedNat Insurance Company |
| 22-1155 | Bottner Properties, LLC v. Atlantic Casualty Insurance Company |
| 22-1552 | Thebia Hudson-Harvey v. Southern Fidelity Insurance Company |
| 22-1976 | Anna Bachemin v. DDMS, LLC et al |
| 22-2050 | Juliet Jefferson v. Barriere Construction Co., LLC et al |
| 22-2278 | Kim Roublow v. State Farm Fire and Casualty Company |
| 22-2584 | Tommy P. Rivet v. Huntington Ingalls Incorporated et al |

| | |
|---|---|
| 22-2642 | Proctor's Cove Condominium Association, Inc. v. Westchester Surplus Lines Insurance Company |
| 22-2862 | Torsh Inc. v. Audio Enhancement, Inc. |
| 22-3824 | Gilda Frederick v. AT&T Corp et al |
| 22-4443 | Edward Bissau Mendy v. Steele Protective Services, LLC |
| 22-4617 | Linda M. LeBlanc et al v. Assumption Parish School Board |
| 23-278 | Billy John Gaston et al v. State Farm Fire and Casualty Company |
| 23-380 | Frances Johnston v. Louisiana Farm Bureau Casualty Insurance Company |
| 23-971 | Tania Nicole Anderson et al v. HMO Louisiana Inc |
| 23-1240 | Timithoy Cador et al v. ANPAC Louisiana Insurance Company |
| 23-1271 | 2305 N. Hullen, LLC v. Atain Specialty Insurance Company |
| 23-1275 | Yolanda Johnson et al v. Allstate Insurance Company |
| 23-1354 | Gulf States Regional Center, LLC v. United States Citizenship and Immigration Services |
| 23-1411 | Herbert Martin et al v. North Light Specialty Insurance Company |
| 23-1555 | Caren Smith v. Metropolitan Life Insurance Company et al |
| 23-1577 | Jerome Douglas et al v. State Farm Fire & Casualty Company |

**IT IS FURTHER ORDERED** that the following Section "L" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 20-7 | USA v. Lloyd Jones |
| 21-42 | USA v. Bobbie Ellis |
| 23-66 | USA v. Melissa J. Watson |
| 23-77 | USA v. Rasheed Smith |

**CIVIL ACTION CASES:**

| 22-276 | 711 Tchoupitoulas Condominum Association, Inc. v. Independent Specialty Insurance Company |
| 22-1864 | Sharon Heno v. FedNat Insurance Company |
| 22-3976 | Cody Baum v. American Security Insurance Company |
| 22-4757 | Brandi Sibley v. Touro LCMC Health et al |
| 22-5351 | Composite Effects, LLC v. All Elite Wrestling et al |
| 22-5481 | Michelle Bresler, et al v. United HealthCare Insurance Company et al |
| 22-5560 | MAC Real Estate, LLC v. Colony Insurance Company et al |
| 23-857 | Gabrielle Sider v. Joseph P. Lopinto III et al |
| 23-875 | Keith Rodriguez v. Taylor-Seidenbach, Inc. et al |
| 23-905 | Tanae Jackson v. Burger King Corporation et al |
| 23-941 | TD Land Development, LLC v. Clear Spring Property and Casualty Company |
| 23-944 | Judith M. Smith v. New York Life Insurance Company et al |
| 23-982 | Blake Hirstius et al v. Harco National Insurance Company |
| 23-1014 | Charles Morrison et al v. Foremost Insurance Company Grand Rapids, Michigan |
| 23-1058 | In Re: In the Matter of Dynamic Industries Saudi Arabia, Ltd. |
| 23-1061 | Gail Bartholomew v. GeoVera Advantage Insurance Services, Inc. |
| 23-1166 | Glenn Burke Jr. v. Dover Bay Specialty Insurance Company |
| 23-1206 | Derek McCoy et al v. Alacrity Adjusting Solutions, LLC |
| 23-1274 | Harold Washington Jr. v. Eric Martin et al |
| 23-1286 | Myles Kearney v. United Property and Casualty Insurance Co. |
| 23-1387 | Camille Theriot Schafer et al v. Kevin Darr et al |
| 23-1398 | Mary L. Chanove et al v. Ford Motor Company |
| 23-1407 | Mallory Ware v. Atlantic Richfield Company et al |

| 23-1437 | Francis Jones et al v. Automobile Insurance Company of Hartford, Connecticut |
| 23-1561 | Broadcast Music, Inc. et al v. Genie, Inc. et al |
| 23-1595 | In re: In the Matter of Dynamic Industries Saudi Arabia, Ltd. |
| 23-1627 | Lauren Paz et al v. Dover Bay Specialty Insurance Company |

**IT IS FURTHER ORDERED** that the following Section "M" cases are hereby

Reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of

this Order.

### CRIMINAL ACTION CASES:

| 23-47 | USA v. Dondre Morgan |
| 23-78 | USA v. Deshaun Whatley et al |
| 23-98 | USA v. Hugo Brian Fuentas-Eguigurens |

### CIVIL ACTION CASES:

| 19-13650 c/w | Joshua Akeem et al v. Dasmen Residential, LLC et al |
| 19-13673 c/w | Charlene Miller v. Dasmen Residential, LLC et al |
| 19-13705 c/w | Johnshane Powell v. KFK Group Inc., et al |
| 19-14634 c/w | Renata Walker et al v. Dasmen Residential Management, LLC et al |
| 19-14636 c/w | Andrea Riley et al v. Dasmen Residential Management, LLC et al |
| 19-14637 c/w | Penny Johnson et al v. Dasmen Residential Management, LLC, et al |
| 20-187 | Trichell Sorrell et al v. Dasmen Residential Management, LLC et al |
| 21-1943 | Hilda Prejeant v. Avondale Industries, Inc. et al |
| 22-489 | Sally Bergeron et al v. State Farm Fire and Casualty Company |
| 22-494 | David J. Becnel v. Home Depot U.S.A., Inc. |
| 22-617 | Stanley Bergeron Sr. et al v. Allstate Property and Casualty Insurance Company |
| 22-1648 | Charles Corona et al v. State Farm Fire & Casualty Company |

| 22-2098 | Sara Bartholomew v. Allstate Vehicle and Property Insurance Company |
| 22-2528 | Orlin Urquia v. American Strategic Insurance Corporation |
| 22-2647 | Chalmette Amusement, Inc. v. Houston Casualty Company |
| 22-2784 | Chad Quick et al v. State Farm Fire & Casualty Company |
| 22-2914 | Evan Hayes et al v. Lexington Insurance Company |
| 22-2968 | Nancy Tizzard v. State Farm Fire & Casualty Company |
| 22-3196 | Lee Tractor Co., Inc. v. Arch Specialty Insurance Company |
| 22-3268 | Gov Nicholas Properties, LLC et al v. StarStone Specialty Insurance Company |
| 22-3370 | Lisa Craft et al v. Homesite Fire and Casualty Company |
| 22-4744 | Gabriela Molina v. Unum Life Insurance Company of America |
| 22-5097 | Christopher Jones v. Jason Williams et al |
| 22-5330 | SEALED |
| 23-614 | Levar Mosley et al v. Plaquemines Parish Government et al |
| 23-1170 | Jane Doe, et al v. School Board St. Tammany Parish |
| 23-1562 | In Re: Reilly-Benton Company, Inc. |

**IT IS FURTHER ORDERED** that the following Section "R" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| 20-10 | USA v. Rueben Cain |
| 20-62 | USA v. Warren G. Treme |
| 22-61 | USA v. Chelsea Gee |
| 22-174 | USA v. Michael Crawford |

**CIVIL ACTION CASES:**

| 65-16173 | Willie Banks et al v. St James Parish School Board et al |

| 20-3346 | In Re: Royal Alice Properties, LLC   *(closed)* |
|---|---|
| 21-999 | James Verret Jr. v. Low Land Construction Co., Inc. |
| 21-1855 | Julie Nevarez v. Dana Coleman et al |
| 21-2282 | Moshe Shargian v. Yoel Shargian et al |
| 21-2373 | Bionca Fleury v. Sodexo, Inc |
| 22-107 | Michael Todd Fontenot et al v. Ocean Harbor Casualty Insurance Company |
| 22-127 c/w | In Re: Diamond B Industries, L.L.C. |
| 22-574 | In Re: Rigid Constructors, LLC |
| 22-981 | Burlington Insurance Company v. Houston Casualty Company |
| 22-1250 | Stephen J. Hebert v. Allstate Insurance Company |
| 22-1279 | Vanissa Prout v. State Farm Fire and Casualty Insurance Company |
| 22-1453 | Swa'Drian Lewis et al v. Susan Hutson et al |
| 22-1771 | U.S. Securities and Exchange Commission v. Hollis P. Day Jr. |
| 22-1852 | QuarterNorth Energy LLC et al v. Supreme Offshore Services, Inc. et al |
| 22-1980 | Dennis Eddings v. JJB, Inc. et al |
| 22-2002 | Michelle Dufrene v. Allstate Insurance Company |
| 22-2115 | Majd Darhammad, et al v. Safepoint Insurance Company |
| 22-2772 | Patrick Fitzmorris, et al v. QBE Specialty Insurance Company |
| 22-3378 | Donald Ray Sater v. Wright National Flood Insurance Company |
| 22-4142 | Matt Frost et al v. Allied Trust Insurance Company |
| 22-5093 | Penemue LLC v. Raylyn Stevens et al |
| 23-319 | Cypress Park Apartments II, LLC v. Interstate Fire & Casualty Company, et al |
| 23-1093 | Charles Armstrong et al v. Aneka Armstrong et al |
| 23-1173 | Gretna City v. Indian Harbor Insurance Company et al |

| | |
|---|---|
| 23-1175 | Gretna City v. HDI Global Specialty SE |
| 23-1176 | Gretna City v. Certain Underwriters at Lloyds, London, Certificate Number AMR-36942-07 |

**IT IS FURTHER ORDERED** that the following Section "T" cases are hereby reallotted to Judge Darrel James Papillion, Section "P" of this Court, effective as of the date of this Order.

## CRIMINAL ACTION CASES:

| | |
|---|---|
| 22-147 | USA v. Ashton Causey et al |
| 23-62 | USA v. Tony Brumfield et al |

## CIVIL ACTION CASES:

| | |
|---|---|
| 19-11680 c/w | SEALED |
| 19-11682 | SEALED |
| 19-13212 | Husam Odeh v. Tyrone Butler et al |
| 20-1145 | Latiasha Smith Williams v. Louisiana State et al |
| 20-2505 c/w | Sylvia Jones v. Administrators of the Tulane Educational Fund |
| 20-2518 | John Ellis v. Tulane University |
| 21-491 | Heather Diodene v. Marlin N. Gusman et al |
| 21-852 c/w | Remingtyn A. Williams et al v. Shaun Ferguson et al |
| 21-1079 | Katharine Archer v. New Orleans City et al |
| 21-2329 | Kelley Bienvenu v. Family Dollar, Inc. et al |
| 22-610 | Felton Adam Robichaux v. Huntington Ingalls Incorporated et al |
| 22-868 | Odeh Irrevocable Living Trust v. Atlantic Casualty Insurance Company |
| 22-1271 | Ashley Hutchinson-Harper Hutchinson-Harper, et al v. Jefferson Parish School Board, et al |
| 22-1365 | Velma Lee Thompson v. Huntington Ingalls Incorporated et al |
| 22-2006 | First Baptist Church of Houma, Louisiana et al v. Westchester Surplus Lines Insurance Company |

| 22-2298 | Mildred M. Erny, et al v. Allied Trust Insurance Company |
| 22-2347 | First Presbyterian Church in New Orleans v Lloyd's America, Inc. |
| 22-2740 | Surgical Specialty Associates, LLC v. Maxum Indemnity Company |
| 22-3231 | Lisa E. Varnado et al v. Foremost Insurance Company Grand Rapids, Michigan |
| 22-3633 | Desmond Carriere v. State Farm Fire & Casualty Company et al |
| 22-3645 | Elizabeth Williams v. American Security Insurance Company et al |
| 22-3655 | Rashed Mujalli v. Maxum Indemnity Company |
| 22-3866 | Ann Cardwell et al v. Allied Trust Insurance Company |
| 22-4149 | Glenda Johnson v. Maison Insurance Company |
| 22-4244 | Della Carter v. Allstate Vehicle and Property Insurance Company et al |
| 23-457 | WLP Capital Inc v. Dustin Porte et al |
| 23-565 | Robert W. Scheffy Jr. et al v. Joel Lyon, et al |

**IT IS FURTHER ORDERED** that all deadlines remain in place, and no motions to reconsider will be granted unless there has been a change in the law or a material factual or other change since the order was signed.

New Orleans, Louisiana, this __8th__ day of June 2023.


NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT