UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC F. CAPDEVILLE | CIVIL ACTION |
| VERSUS | NO. 22-5590 |
| SOUTHWEST AIRLINES CO. | SECTION "P"(4) |

**JOINT MOTION TO CONTINUE SUBMISSION DATE**

At the request of Plaintiff, Eric Capdeville, and with the consent of Southwest Airlines Co., the parties jointly move to continue the submission date for Southwest's pending Motion to Dismiss (ECF No. 10) to the next available submission date, July 12, 2023.

1.

Southwest filed the Motion to Dismiss on May 22, 2023.

2.

Counsel for Capdeville asked if Southwest would consent to a continuance of the submission date for that motion to July 12, 2023.

4890-6433-7766 v1

3.

Southwest has no objection to Capdeville's requested continuance. The Court should therefore grant this motion and continue the submission date for the pending Motion to Dismiss July 12, 2023.

Respectfully submitted,

**JIM S. HALL & ASSOCIATES, LLC**

*/s/Matthew B. Moreland*
**JIM S. HALL (#21644)**
Jodi@jimshall.com
**MATTHEW B. MORELAND (#24567)**
Mmoreland@jimshall.com
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: 504-832-3000
Facsimile: 504-832-1799

*Counsel for Plaintiff and the Proposed Class*

-AND-

*/s/Karli Glascock Johnson*
Michael R. Phillips (#21020)
R. Devin Ricci (#34724)
Jeffrey J. Gelpi (#37130)
**KEAN MILLER LLP**
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
mike.phillips@keanmiller.com
devin.ricci@keanmiller.com
jeff.gelpi@keanmiller.com
Karli Glascock Johnson (#26304)
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
karli.johnson@keanmiller.com

***Attorneys for Southwest Airlines Co.***