# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| ERIC F. CAPDEVILLE | CIVIL ACTION |
|---|---|
| VERSUS | NO. 22-5590 |
| SOUTHWEST AIRLINES CO. | SECTION "P"(4) |

## ORDER

Considering the foregoing Joint Motion to Continue Submission Date filed by Plaintiff, Eric Capdeville, and Defendant, Southwest Airlines Co.,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The submission date for Southwest's Motion to Dismiss (ECF No. 10) is hereby continued to July 12, 2023.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

3

4890-6433-7766 v1