**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERIC F. CAPDEVILLE** | **CIVIL ACTION NO: 22-CV-05590** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **SOUTHWEST AIRLINES, CO.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER

Before the Court is a Motion to Continue Submission Date filed jointly by the Plaintiff and the Defendant.

**IT IS ORDERED** that the motion is **GRANTED**. The submission date for Defendant's Motion to Dismiss (Record Document 10) is continued to July 12, 2023.

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this 14th day of June, 2023.

*[signature]*
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**