BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE SOUTHWEST AIRLINES CO. FLIGHT DISRUPTION LITIGATION | ) ) ) ) | MDL DOCKET NO. 3082 |

## PLAINTIFF ERIC F. CAPDEVILLE'S RESPONSE IN SUPPORT OF PLAINTIFF MARY SMITH'S MOTION FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff Eric F. Capdeville ("*Capdeville*"), individually and on behalf of the class of persons similarly situated, supports Mary Smith's Motion for Transfer.

The factors favoring coordinating or consolidating all pending cases cited in the Motion for Transfer to the Southern District of California compel such transfer order to the United States District Court for the Southern District of California before the Honorable United States District Court Judge Anthony J. Battaglia.

The three cases (*Hill/Piña, Smith* and *Grove*) are already pending in the Southern District of California and in fact are assigned to the Honorable Anthony J. Battaglia. The first filed case which is pending in Louisiana, *Capdeville,* supports the request for transfer and coordination or consolidation with the three California cases.

With 3/4 of the cases pending consolidated in the requested District, and the one case pending outside the District in agreement with the transfer, the Southern District of California is the most logical and well-equipped District to address the overlapping (but not identical) class claims in each action, all of which have been brought on behalf of a class for Breach of Contract. The cases include other claims, but have at their core allegations that common defendants – namely Southwest Airlines, Co. (the "Common Defendants") – breached one or more provisions of its contracts, and specifically – as to three of the four actions - the Contract of Carriage and/or

the Customer Service Agreement.

Each action arises out of disruptions/cancellations of Southwest's flights that were due to the fault of Southwest Airlines Co.. Because of the overlap of the factual and legal issues involved, the Related Actions should be centralized before one court pursuant to 28 U.S.C. §1407. *In re Pharm. Indus. Average Wholesale Price Litig.*, 237 F. Supp. 2d 1377, 1379 (J.P.M.L. 2002). The United States District Court for the Southern District of California is the most appropriate transferee forum with three of the four currently pending therein.

In *Hill/Piña,* the Honorable Anthony Battaglia issued an order that "Southwest's responsive pleading deadline is continued to 30 days after a ruling by the Judicial Panel on Multidistrict Litigation on the MDL Motion; and the hearing on Southwest's Motion to Dismiss, Transfer, or Stay Under the First-to-File Rule is continued from August 21, 2023 to September 28, 2023." In *Capdeville*, a hearing dated is currently set for Defendant's Motion to Dismiss with a submission date of July 12, 2023. *Capdeville* is currently filing a motion to Continue the hearing of such motion submission date to 30 days after the ruling by the Judicial Panel on Multidistrict Litigation on the MDL Motion requesting a submission date similar to and in coordination with the above ruling of Judge Battaglia. This would allow the Judicial Panel for Multidistrict Litigation to determine the issue of consolidation and possible transfer as well as provide consistent rulings nationally. Additionally, this could prevent the risk of utilizing the same resources in different Federal Court Districts and reduce the duties of the Defendant to appear simultaneously in different Federal Courts and eliminate the risk of inconsistent rulings. Given the elevated potential of additional filings around the country and the risk of inconsistent rulings, the Motion to Consolidate in front of Judge Anthony Battaglia in the Southern District of California is supported by *Capdeville.*

With similar motions filed before Judge Battaglia in the Southern District of California cases, judicial economy would be served if the *Capdeville* matter was transferred and all matters coordinated or consolidated. In *Capdeville*, no answer has been filed by Southwest nor has any discovery begun. Transferring to the Southern District to Judge Battaglia will "prevent inconsistent pre-trial rulings (particularly with respect to the issue of class certification); and conserve the resources of the parties, their counsel and the judiciary." *In re U.S. Foodservice, Inc.,Pricing Litig.*, 528 F. Supp. 2d 1370, 1371 (J.P.M.L. 2007).

An order that leaves the three cases in the Southern District of California and transfers the Louisiana case to the Southern District of California will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. 28 U.S.C. § 1407(a).

For these reasons, and the reasons cited in Mary Smith's Motion for Transfer of Actions to the Southern District of California Pursuant to 28 U.S.C. § 1407 For Coordinated or Consolidated Pretrial Proceedings, the motion should be granted.

Dated: June 20, 2023        By:  */s/Matthew B. Moreland*
                                 Matthew B. Moreland, LA #24567173967
                                 JIM S. HALL AND ASSOCIATES, LLC
                                 800 North Causeway, Suite 100
                                 Metairie, LA 7000192101
                                 Telephone: (504) 832-3000
                                 Facsimile: (504) 832-1799
                                 Email: mmoreland@jimshall.com

                                 **PLAINTIFFS' COUNSEL IN
                                 ERIC F. CAPDEVILLE, et al., v.
                                 SOUTHWEST AIRLINES, CO.,
                                 NO. 2:22-CV-05590-DJP-KWR (E.D. LA.)**

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES CO. FLIGHT DISRUPTION LITIGATION | ) ) ) ) MDL DOCKET NO. 3082 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response in Support of Transfer of Actions and this Certificate of Service were served via First Class Mail or Email as follows on **June 21, 2023**:

### Clerks of Courts – Served Via First Class Mail

Clerk of Court
Southern District of California, San Diego Division
Edward J. Schwartz
United States Courthouse
221 West Broadway
San Diego, CA 92101

Clerk of Court
Eastern District of Louisiana, New Orleans Division
500 Poydras Street
New Orleans, LA 70130

### Counsel in the California Actions- Served via Email

Plaintiffs' Counsel in *Matt Grove v. Southwest Airlines Co.*, Case No. 3:23-cv-00306-AJB-BLM (S.D. Cal.):

Kevin F. Ruf (SBN 136901)
kruf@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (301) 201-9150
Fax: (301) 201-9160

1

      Brian P. Murray
      bmurray@glancylaw.com
      **GLANCY PRONGAY & MURRAY LLP**
      230 Park Avenue, Suite 358
      New York, NY 10169
      Tel: (212) 682-5340
      Fax: (212) 884-0988

    **Defendant's Counsel in** *Matt Grove v. Southwest Airlines Co.,* **Case No. 3:23-cv-00306-AJB-BLM (S.D. Cal.):**

      Matthew D. Pearson
      mpearson@bakerlaw.com
      Alexander Vitruk
      avitruk@bakerlaw.com
      **BAKER & HOSTETLER LLP**
      600 Anton Blvd., Ste 900
      Costa Mesa, CA 92626
      Tele: 714-754-6600
      Fax: 714-754-6611

    **Plaintiffs' Counsel in** *Paula Hill and Eva Piña v. Southwest Airlines Co.,* **Case No. 3:23-cv-00633-AJB-BLM (S.D. Cal.):**

      Michael J. Aguirre, Esq., SBN 060402
      maguirre@amslawyers.com
      Maria C. Severson, Esq., SBN 173967
      mseverson@amslawyers.com
      Elijah T. Gaglio, Esq., SBN 324799
      egaglio@amslawyers.com
      **AGUIRRE & SEVERSON, LLP**
      501 West Broadway, Suite 1050
      San Diego, CA 92101
      Telephone: (619) 876-5364
      Facsimile: (619) 876-5368

    **Defendant's Counsel in** *Paula Hill and Eva Piña v. Southwest Airlines Co.,* **Case No. 3:23-cv-00633-AJB-BLM (S.D. Cal.):**

      Alexander Vitruk
      **BAKER & HOSTETLER LLP**
      999 3rd Ave, Suite 3900
      Seattle, WA 98104
      Tele: 206-566-7092

Email: avitruk@bakerlaw.com

Matthew D. Pearson
mpearson@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Blvd.
Ste 900
Costa Mesa, CA 92626
Tele: 714-754-6600
Fax: 714-754-6611

**Plaintiffs' Counsel in *Mary Smith v. Southwest Airlines Co.*, Case No. 3:23-cv-00754-AJB-BLM (S.D. Cal.):**

Francis J. "Casey" Flynn, Jr. (SBN 304712)
casey@lawofficeflynn.com
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz.
Los Angeles, California 90036
Tele: 314-662-2836

**Defendant's Counsel in *Mary Smith v. Southwest Airlines Co.*, Case No. 3:23-cv-00754-AJB-BLM (S.D. Cal.):**

Matthew D. Pearson
mpearson@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Blvd., Ste 900
Costa Mesa, CA 92626
714-754-6600
Fax: 714-754-6611

<u>Counsel in the Louisiana Action- Served via Email</u>

**Plaintiffs' Counsel in *Capdeville v. Southwest Airlines Co.*, Case No. 2:22-cv-05590-ILRL-KWR (E.D. La.):**

Jim S. Hall (Bar No.: 21644)
Jodi@jimshall.com
Matthew B. Moreland (#24567)
Mmoreland@jimshall.com
**JIM S. HALL & ASSOCIATES, LLC.**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: 504-832-3000

3

Facsimile: 504-832-1799

**Defendant's Counsel in *Capdeville v. Southwest Airlines Co.*, Case No. 2:22-cv-05590-ILRL-KWR (E.D. La.):**

    Michael R. Phillips (#21020)
    mike.phillips@keanmiller.com
    R. Devin Ricci (#34724)
    devin.ricci@keanmiller.com
    Jeffrey J. Gelpi (#37130)
    jeff.gelpi@keanmiller.com
    **KEAN MILLER LLP**
    909 Poydras Street, Suite 3600
    New Orleans, Louisiana 70112
    Telephone: (504) 585-3050

    Karli Glascock Johnson (#26304)
    karli.johnson@keanmiller.com
    **KEAN MILLER LLP**
    400 Convention Street, Suite 700
    P. O. Box 3513 (70821-3513)
    Baton Rouge, Louisiana 70802
    Telephone: (225) 387-0999

Date: June 21, 2023

By: /s/ *Matthew B. Moreland*
Matthew B. Moreland LA #24567
**Jim S. Hall and Associates, LLC**
800 North Causeway Boulevard
Metairie, LA 70125
Tele: 504-832-3000
Fax: 504-832-1799
Email: mmoreland@jimshall.com

**PLAINTIFFS' COUNSEL IN
ERIC F. CAPDEVILLE, et al., v.
SOUTHWEST AIRLINES, CO.,
NO. 2:22-CV-05590-DJP-KWR (E.D. LA.)**

4

# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. __3082__ & Title - **IN RE:** ___IN RE SOUTHWEST AIRLINES CO. FLIGHT DISRUPTION LITIGATION___

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Plaintiff Eric F. Capdeville

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

ERIC F. CAPDEVILLE, et al., v. SOUTHWEST AIRLINES, CO.,
NO. 2:22-CV-05590-DJP-KWR (E.D. LA.)

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 6/20/2023 | |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Matthew B. Moreland
800 North Causeway Boulevard, Suite 100
Metairie, LA 70001

Telephone No.: 504-832-3000   Fax No.: 504-832-1799

Email Address: mmoreland@jimshall.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES CO. FLIGHT DISRUPTION LITIGATION | ) ) ) ) MDL DOCKET NO. 3082 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and this Certificate of Service were served via First Class Mail or Email as follows on **June 21, 2023**:

### Clerks of Courts – Served Via First Class Mail

    Clerk of Court
    Southern District of California, San Diego Division
    Edward J. Schwartz
    United States Courthouse
    221 West Broadway
    San Diego, CA 92101

    Clerk of Court
    Eastern District of Louisiana, New Orleans Division
    500 Poydras Street
    New Orleans, LA 70130

### Counsel in the California Actions - Served via Email

    Plaintiffs' Counsel in *Matt Grove v. Southwest Airlines Co.*, Case No. 3:23-cv-00306-AJB-BLM (S.D. Cal.):

    Kevin F. Ruf (SBN 136901)
    kruf@glancylaw.com
    **GLANCY PRONGAY & MURRAY LLP**
    1925 Century Park East, Suite 2100
    Los Angeles, CA 90067
    Tel: (301) 201-9150
    Fax: (301) 201-9160

>Brian P. Murray
>bmurray@glancylaw.com
>**GLANCY PRONGAY & MURRAY LLP**
>230 Park Avenue, Suite 358
>New York, NY 10169
>Tel: (212) 682-5340
>Fax: (212) 884-0988

**Defendant's Counsel in *Matt Grove v. Southwest Airlines Co.*, Case No. 3:23-cv-00306-AJB-BLM (S.D. Cal.):**

>Matthew D. Pearson
>mpearson@bakerlaw.com
>Alexander Vitruk
>avitruk@bakerlaw.com
>**BAKER & HOSTETLER LLP**
>600 Anton Blvd., Ste 900
>Costa Mesa, CA 92626
>Tele: 714-754-6600
>Fax: 714-754-6611

**Plaintiffs' Counsel in *Paula Hill and Eva Piña v. Southwest Airlines Co.*, Case No. 3:23-cv-00633-AJB-BLM (S.D. Cal.):**

>Michael J. Aguirre, Esq., SBN 060402
>maguirre@amslawyers.com
>Maria C. Severson, Esq., SBN 173967
>mseverson@amslawyers.com
>Elijah T. Gaglio, Esq., SBN 324799
>egaglio@amslawyers.com
>**AGUIRRE & SEVERSON, LLP**
>501 West Broadway, Suite 1050
>San Diego, CA 92101
>Telephone: (619) 876-5364
>Facsimile: (619) 876-5368

**Defendant's Counsel in *Paula Hill and Eva Piña v. Southwest Airlines Co.*, Case No. 3:23-cv-00633-AJB-BLM (S.D. Cal.):**

>Alexander Vitruk
>**BAKER & HOSTETLER LLP**
>999 3rd Ave, Suite 3900
>Seattle, WA 98104
>Tele: 206-566-7092

2

Email: avitruk@bakerlaw.com

Matthew D. Pearson
mpearson@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Blvd.
Ste 900
Costa Mesa, CA 92626
Tele: 714-754-6600
Fax: 714-754-6611

**Plaintiffs' Counsel in *Mary Smith v. Southwest Airlines Co.*, Case No. 3:23-cv-00754-AJB-BLM (S.D. Cal.):**

Francis J. "Casey" Flynn, Jr. (SBN 304712)
casey@lawofficeflynn.com
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz.
Los Angeles, California 90036
Tele: 314-662-2836

**Defendant's Counsel in *Mary Smith v. Southwest Airlines Co.*, Case No. 3:23-cv-00754-AJB-BLM (S.D. Cal.):**

Matthew D. Pearson
mpearson@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Blvd., Ste 900
Costa Mesa, CA 92626
714-754-6600
Fax: 714-754-6611

<u>Counsel in the Louisiana Action- Served via Email</u>

**Plaintiffs' Counsel in *Capdeville v. Southwest Airlines Co.*, Case No. 2:22-cv-05590-ILRL-KWR (E.D. La.):**

Jim S. Hall (Bar No.: 21644)
Jodi@jimshall.com
Matthew B. Moreland (#24567)
Mmoreland@jimshall.com
**JIM S. HALL & ASSOCIATES, LLC.**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: 504-832-3000

3

Facsimile: 504-832-1799

**Defendant's Counsel in** *Capdeville v. Southwest Airlines Co.,* **Case No. 2:22-cv-05590-ILRL-KWR (E.D. La.):**

>Michael R. Phillips (#21020)
>mike.phillips@keanmiller.com
>R. Devin Ricci (#34724)
>devin.ricci@keanmiller.com
>Jeffrey J. Gelpi (#37130)
>jeff.gelpi@keanmiller.com
>**KEAN MILLER LLP**
>909 Poydras Street, Suite 3600
>New Orleans, Louisiana 70112
>Telephone: (504) 585-3050

>Karli Glascock Johnson (#26304)
>karli.johnson@keanmiller.com
>**KEAN MILLER LLP**
>400 Convention Street, Suite 700
>P. O. Box 3513 (70821-3513)
>Baton Rouge, Louisiana 70802
>Telephone: (225) 387-0999

Date: June 21, 2023

By: /s/ *Matthew B. Moreland*
Matthew B. Moreland LA #24567
**Jim S. Hall and Associates, LLC**
800 North Causeway Boulevard
Metairie, LA 70125
Tele: 504-832-3000
Fax: 504-832-1799
Email: mmoreland@jimshall.com

**PLAINTIFFS' COUNSEL IN
ERIC F. CAPDEVILLE, et al., v.
SOUTHWEST AIRLINES, CO.,
NO. 2:22-CV-05590-DJP-KWR (E.D. LA.)**