**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ERIC F. CAPDEVILLE,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION 2:22-cv-05590-DJP-KWR** |
| | * | |
| **SOUTHWEST AIRLINES CO.,** | * | |
| | * | |
| **DEFENDANT.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE WITH EACH PARTY TO BEAR ITS OWN COSTS AND FEES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Eric F.Capdeville, who in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the above captioned matter **without prejudice with each party to bear its own costs and fees**.  Defendant has not filed an answer or motion for Summary Judgment.

Dated: July 25, 2023.                    Respectfully Submitted:

                                         **JIM S. HALL & ASSOCIATES, LLC**

                                         __/s/  Matthew B. Moreland_____
                                         **JIM S. HALL (#21644)**
                                         **jodi@jimshall.com**
                                         **MATTHEW B. MORELAND (#24567)**
                                         **mmoreland@jimshall.com**
                                         **800 N. Causeway Blvd., Suite 100**
                                         **Metairie, Louisiana 70001**
                                         **Telephone: (504) 832-3000**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record via CM/ECF notice on this 25th day of July, 2023.

                                         __/s/  Matthew B. Moreland_____
                                         **MATTHEW B. MORELAND**