**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SOUTHWEST AIRLINES CO. FLIGHT DISRUPTION LITIGATION | MDL No. 3082 |

**ORDER DEEMING MOTION WITHDRAWN
AND VACATING THE JULY 27, 2023, HEARING SESSION ORDER**

Before the Panel is a motion filed by plaintiff Mary Smith, filed pursuant to 28 U.S.C. § 1407, seeking centralization in the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings of the actions on the attached schedule. The Panel has now been advised that plaintiff in the Eastern District of Louisiana has filed a notice of voluntary dismissal on July 25, 2023. Plaintiff has withdrawn her motion for centralization.

IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 16, 2023, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

_Tiffaney D. Pete_
Tiffaney D. Pete
Clerk of the Panel

IN RE: SOUTHWEST AIRLINES CO. FLIGHT
DISRUPTION LITIGATION            MDL No. 3082

## SCHEDULE A

| **DIST** | **DIV.** | **C.A. NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CAS | 3 | 23-00306 | Grove v. Southwest Airlines Co. |
| CALIFORNIA CAS | 3 | 23-00633 | Hill et al v. Southwest Airlines Co., et al |
| CALIFORNIA CAS | 3 | 23-00754 | Smith v. Southwest Airlines Co. |
| LOUISIANA LAE | 2 | 22-05590 | Capdeville v. Southwest Airlines Co |